# Third District Court of Appeal

## State of Florida

Opinion filed February 18, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0214
Lower Tribunal No. 17-12359-CA-01
_____

**Sandra Pallero,**

Appellant/Cross-Appellee,

vs.

**Headlands Residential Series
Owner Trust, Series E,**

Appellee/Cross-Appellant.


An Appeal from the Circuit Court for Miami-Dade County, Mavel Ruiz, Judge.

Charlip Law Group, LC, and David H. Charlip (Orlando), for appellant/cross-appellee.

Atlas | Solomon LLP, and Eric M. Levine and Adam G. Schwartz (Stuart), for appellee/cross-appellant.


Before LINDSEY, LOBREE, and BOKOR, JJ.

PER CURIAM.

Affirmed.